IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EASTSIDE MARATHON, INC. DBA FALCON FUEL, 834 PROPERTY, LLC, and SIANA GARTLEY, Independent Administrator of the Estate of TREVIA LONDON, Deceased, <br><br> Defendants. | No. 25-cv-02723 <br><br> Judge Andrea R. Wood |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT 834 PROPERTY, LLC

This matter coming before the Court on Plaintiff's Motion for Entry of Default Judgment Against 834 Property, LLC, and the Court being fully advised on the premises, it is hereby ordered that the motion is GRANTED. The Court further enters a final judgment declaring as follows:

1. Defendant, 834 Property, LLC, is not an insured or additional insured under the Atain Specialty Insurance Company Commercial General Liability Policy issued to Eastside Marathon, Inc. DBA Falcon Fuel, bearing Policy Number CIP433564 for the policy period of March 17, 2022 to March 17, 2023 (the "Policy").

2. Defendant, 834 Property, LLC, is not entitled to insurance coverage under the Policy.

3. Plaintiff, Atain Specialty Insurance Company, has no duty to defend or indemnify Defendant, 834 Property, LLC, in the lawsuit styled *Siani Gartley, Independent Administrator of the Estate of Trevia London, Deceased v. 834 Property, LLC, Eastside Marathon, Inc., and*

*Presently Unknown Contractor,* filed in the Circuit Court of Cook County, Illinois, County Department, Law Division under cause number 24-L-010347.

Dated: October 8, 2025

                                                Andrea R. Wood
                                                United States District Judge